John T. Wolak, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Phone: (973) 596-4500
Fax: (973) 639-6276
jwolak@gibbonslaw.com

and

Marvin Petry, Esq.
Thad M. Barnes, Esq.
B. Aaron Schulman, Esq.
David B. Owsley, Esq.
**STITES & HARBISON, PLLC**
1199 N. Fairfax Street, Ste. 900
Alexandria, VA 22314
(703) 739-4900

COUNSEL FOR PLAINTIFF
V. MANE FILS, S.A.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| V. MANE FILS S.A.,<br><br>           Plaintiff,<br>v.<br><br>INTERNATIONAL FLAVORS AND FRAGRANCES INC.,<br><br>           Defendant. | Document Electronically Filed<br><br>CIVIL ACTION NO. 06-2304 (FLW)<br><br>**CERTIFICATION OF SERVICE** |

I hereby certify that, on behalf of plaintiff V. Mane Fils S.A. ("Mane"), a true and correct copy of Mane's Supplemental Memorandum in Support of Plaintiff's Motion to Exclude the Opinion Testimony of Andrew W. Carter Under FRE 702, FRE 703, and FRCP 26; and this Certification of Service were electronically filed with the Clerk, United States District Court for the District of New Jersey and served upon the below-listed counsel on this 6th day of May, 2011, via electronic mail only:

#1514232 v1
106875-57419

Richard Brown, Esq.
Jonathan B. Tropp, Esq.
DAY PITNEY LLP
P.O. Box 1945
Morristown, NJ  07962

Michael Reynolds, Esq.
Cravath Swaine & Moore LLP
825 8th Avenue
New York, New York 10019

I certify under penalty of perjury that the foregoing is true and correct.  Executed on this 6th day of May 2011.

                                                  /s/ John T. Wolak
                                                  John T. Wolak