UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **V. MANE FILS S.A.,** | : | Civil Action No.: 06-2304 (FLW) |
| **Plaintiff,** | : | |
| v. | : | ORDER |
| **INTERNATIONAL FLAVORS AND FRAGRANCES,** | : | |
| **Defendant.** | : | |

This matter having come before the Court on Motion by Plaintiff V. Mane Fils S.A. ("Plaintiff") to file an over length brief in support of Plaintiff's motion for terminating sanctions [dkt. entry no. 264]; and Defendant International Flavors and Fragrances ("Defendant") having submitted opposition; and the Court noting that pursuant to L. Civ. R. 7.2, "[a]ny brief shall include a table of contents and a table of authorities and shall not exceed 40 ordinary typed or printed pages" and that "[b]riefs of greater length will only be accepted if special permission of the Judge or Magistrate Judge is obtained prior to submission of the brief"; and the Court finding that Plaintiff has failed to demonstrate good cause for filing an over length brief; and the Court having reviewed the parties' written submissions; and the Court having considered the matter pursuant to Fed. R. Civ. P. 78; and for the reasons stated above;

**IT IS** on this 30th day of June, 2011,

**ORDERED** that Plaintiff's Motion to file an over length brief in support of Plaintiff's motion for terminating sanctions [dkt. entry no. 264] is **DENIED**; and it is further

**ORDERED** that Plaintiff's motion for sanctions [dkt. entry no. 265] is **TERMINATED** and Plaintiff granted leave to re-file within the limits of L. Civ. R. 7.2 by **July 8, 2011**; and it is further

**ORDERED** that Defendant's opposition to Plaintiff's re-filed motion for sanctions shall be filed

by **August 8, 2011**; and it is further

  **ORDERED** that no reply brief with respect to Plaintiff's re-filed motion for sanctions is permitted unless expressly requested by the Court; and it is further

  **ORDERED** that oral argument in this matter is scheduled for **August 22, 2011** at **10:00 a.m**.

        s/ *Douglas E. Arpert*
        **DOUGLAS E. ARPERT**
        **UNITED STATES MAGISTRATE JUDGE**