IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

V. MANE FILS S.A.,

          Plaintiff,

v.

INTERNATIONAL FLAVORS AND
FRAGRANCES INC.,

          Defendant.

CIVIL ACTION NO.:
06-2304 (PGS)(DEA)

---

### ORDER OF DISMISSAL SUBJECT TO THE PARTIES' SETTLEMENT AGREEMENT

---

Plaintiff having filed its original Complaint, Amended Complaint, and Second Amended Complaint and Defendant having answered the Complaint, the Amended Complaint, and Second Amended Complaint and admitted jurisdiction of this Court over the subject matter of this Action, the parties having agreed upon a settlement of this Action as set forth in a Settlement Agreement dated December 28, 2011.

NOW, THEREFORE, the Court hereby Orders, adjudges, and decrees that:

1.    This Court has jurisdiction over Plaintiff and Defendant and the subject matter of this Action.

2.    The parties shall bear their own costs and attorneys' fees and no costs or attorneys' fees or damages shall be awarded to any party.

3.    This Action and all claims asserted herein are dismissed with prejudice.

4. This Court retains jurisdiction over this matter for purposes of enforcing this Order and the terms of the Settlement Agreement.

Dated: December 29, 2011

IT SO ORDERED,

                                              Peter G. Sheridan
                                              United States District Judge

Agreed to by the parties:

V. Mane Fils S.A.

*/s/ John T. Wolak*

John T. Wolak
Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102

Marvin Petry
Robert M. Connolly
Thad M. Barnes
David B. Owsley
Stites & Harbison PLLC
1199 North Fairfax Street, Suite 900
Alexandria, Virginia 22314

Attorneys for Plaintiff,
V. Mane Fils S.A.

International Flavors & Fragrances Inc.

*/s/ R HB*

Richard H. Brown
Day Pitney LLP
One Jefferson Road
Parsippany, New Jersey 07054

Keith R. Hummel
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Ave
New York, New York 10019

Attorneys for Defendant,
International Flavors & Fragrances Inc.